**SHADOAN, MICHAEL & WELLS, LLP**
A Registered Limited Liability Partnership

ATTORNEYS AT LAW
108 Park Avenue
Rockville, Maryland 20850

(301) 762-5150
Fax: (301) 309-8344
www.smwlawfirm.com

Robert R. Michael*†
Gregory K. Wells*

Andrew J. Hall*

\* Admitted in MD & D.C.
† Admitted in WV

6411 Ivy Lane
Suite 116
Greenbelt, Maryland 20770

George W. Shadoan
Of Counsel

October 15, 2021

**Via ECF**

The Honorable Theodore D. Chuang
United States District Court Judge
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: **_Harris-Reese, et al. v. United States (19-cv-001971-TDC)_**

Judge Chuang:

This correspondence serves to formally notify the Court and the parties that Plaintiffs are withdrawing their Notice of Intent to File Motions for Partial Summary Judgment.

Sincerely,

*/s/ Andrew Hall*

Robert R. Michael
Gregory K. Wells
Andrew J. Hall