IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **HARRIS-REESE, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. TDC 19-1971 |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ****** | |

## ORDER

Before the Court is "Plaintiffs' Petition for Attorney Fees and Costs ("Petition"), (ECF No. 131). The Defendants opposed the Motion. (ECF No. 134). Having considered the submissions of the parties and the relevant case law, the Court finds that no hearing is necessary. *See* Local Rule 105.6 (D. Md. 2021). For the reasons set forth in the accompanying Memorandum Opinion, on this 11th day of March, 2022, the Court **GRANTS** the Petition and awards Plaintiffs **$2,375** in attorney's fees and $242.25 in costs. Judgment on attorney's fees and costs in these amounts are awarded to Plaintiffs.

/s/
The Honorable Gina L. Simms
United States Magistrate Judge