UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TIMMEKA HARRIS-REESE, *Individually and as Parent and Next Friend of Z.R.*, and DOUGLAS M. REESE, JR., *Individually and as Parent and Next Friend of Z.R.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. TDC-19-1971

**ORDER**

On July 20, 2022, the Court issued a Memorandum Opinion and Order entering judgment in favor of Plaintiffs TimMeka Harris-Reese and Sergeant Douglas M. Reese, Jr. on Count One of the Complaint and in favor of Defendant United States of America on Count Two. *See* ECF Nos. 225 and 226. As to damages, the Court ordered that the award for future medical expenses, calculated at $11,626,161.00, shall be offset by the value of TRICARE benefits to be paid until the end of Sgt. Reese's enlistment period in April 2023, and it instructed the parties to meet and confer and submit a joint proposed value of such TRICARE benefits or, absent an agreement, a statement of each side's calculation and the basis for that calculation. *See* ECF No. 226.

On August 1, 2022, the parties submitted separate filings in response to the Court's Order. *See* ECF Nos. 227 and 228. In its filing, the Government proposes a TRICARE offset of $745,237.28 based on a monthly average of past claims for medical expenses submitted to TRICARE since the date of the injury on September 13, 2016. *See* ECF No. 228 at 1-2. For their

part, Plaintiffs propose an offset of $162,440.04 based on extrapolation from two "estimation of benefits" letters received by Plaintiffs from TRICARE in 2022. ECF No. 227 at 2-3.

Having reviewed the proposals submitted by the parties, the Court concludes that the Government offers the more sound general approach for calculating the offset, but it agrees with Plaintiffs that the Government's proposal likely overestimates the amount of TRICARE benefits to be paid between April 2022 and April 2023 because it was calculated using medical expenses incurred by Z.R. dating back to the date of the surgery, September 13, 2016, and thus includes the cost of a number of one-time medical procedures which are unlikely to be incurred between April 2022 and April 2023. *See Harris-Reese v. United States*, No. TDC-19-1971, 2022 WL 2835776, at *24 (D. Md. July 20, 2022) (stating that "[d]amages for future medical expenses are recoverable if it is more likely than not that the expense will be incurred").

Accordingly, using Trial Exhibit ("Ex.") 269, the Court will exclude from the Government's calculation the value of all TRICARE benefits incurred for services provided to Z.R. in the immediate aftermath of the injury, as determined by the "Begin [Date of Service ("DOS")]" date of the claims. *See* Ex. 269 at 1-10. Considering only those claims arising from services bearing "Begin DOS" dates of January 1, 2018 onward—thereby excluding claims for services received between September 13, 2016 and December 31, 2017—the Court calculates a monthly average amount paid by TRICARE of $20,715.73. *See id.* This monthly average, applied across 12 months from the end of the trial in April 2022 to the end of Sgt. Reese's enlistment period in April 2023, equates to a total future TRICARE benefit of $248,588.71. Where this value has been calculated using the TRICARE claims data admitted at trial as Ex. 269, the Court finds it to be established with reasonable certainty.

Accordingly, as set forth in the accompanying Judgment, it is hereby ORDERED that:

1. The Court awards total damages of $13,969,732.40, consisting of the following amounts:

    a. Future Lost Earnings in the amount of $1,561,145.00;

    b. Future Medical and Life Care Expenses, reduced by the value of TRICARE benefits to be paid until the end of Sgt. Reese's enlistment period in April 2023, in the amount of $11,377,572.29;

    c. Past Nursing Care by Ms. Harris-Reese in the amount of $233,887.50;

    d. The value of the Maryland Medicaid Lien in the amount of $27,127.61; and

    e. Noneconomic Damages for Pain and Suffering in the amount of $770,000.00.

2. The Clerk shall docket the separate Judgment accompanying this Order and close this case.

Date:  September 2, 2022

THEODORE D. CHUANG
United States District Judge