UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TIMMEKA HARRIS-REESE, *Individually and as Parent and Next Friend of Z.R.*, and DOUGLAS M. REESE, JR., *Individually and as Parent and Next Friend of Z.R.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. TDC-19-1971

## JUDGMENT

For the reasons stated in the Court's prior Memorandum Opinion, ECF No. 225, and the accompanying Order, it is hereby ORDERED that:

1. Final Judgment is entered in favor of Plaintiffs TimMeka Harris-Reese and Sergeant Douglas M. Reese, Jr. on Count One of the Complaint (medical negligence) and in favor of Defendant United States of America on Count Two (informed consent).

2. The Court awards total damages of $13,969,732.40, consisting of the following:

   a. Future Lost Earnings in the amount of $1,561,145.00;

   b. Future Medical and Life Care Expenses in the amount of $11,377,572.29;

   c. Past Nursing Care by Ms. Harris-Reese in the amount of $233,887.50;

   d. The value of the Maryland Medicaid Lien in the amount of $27,127.61; and

   e. Noneconomic Damages for Pain and Suffering in the amount of $770,000.00.

Date: September 2, 2022



THEODORE D. CHUANG
United States District Judge