IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| TIMMEKA HARRIS-REESE, *et al.* | * |
| Plaintiffs, | * |
| v. | *   Civil No. TDC-19-cv-1971 |
| UNITED STATES OF AMERICA, *et al.* | * |
| Defendants. | * |

******

## NOTICE OF APPEAL

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland and Roann Nichols and Rebecca A. Koch, Assistant United States Attorneys, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum and Opinion (Docket No. 225) and Judgment (Docket No. 230).

Respectfully submitted,

Erek L. Barron
United States Attorney

By: *Rebecca Koch* by TPC
Roann Nichols #07871
Rebecca A. Koch #802108
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
Telephone: (410) 209-4800
Facsimile: (410) 962-2310
rebecca.koch@usdoj.gov
*Roann.Nichols@usdoj.gov*
*Counsel for the United States of America*

1

## **CERTIFICATE OF SERVICE**

I certify that on October 31, 2022, a copy of the foregoing Notice of Appeal was served on counsel of record by the Court's CM/ECF system.

*Rebecca Koch / by TFC*

Rebecca Koch
Assistant United States Attorney