FILED:  November 22, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2138
(1:19-cv-01971-TDC)

_____

TIMMEKA HARRIS-REESE, Individually and as Parent and Next Friend of
Z.R.; DOUGLAS M. REESE, JR., Individually and as Parent and Next Friend of
Z.R.

        Plaintiffs - Appellees

v.

UNITED STATES OF AMERICA

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk